1 | Armen F. Papazian, State Bar No. 209989
papazian@pmlawfirm.net
2 | Geoffrey G. Melkonian, State Bar No. 209694
melkonian@pmlawfirm.net
3 | PAPAZIAN & MELKONIAN
15260 Ventura Blvd., Suite 1740
4 | Sherman Oaks, CA 91403
Telephone: (818) 784-6084
5 | Facsimile: (818) 784-6087

6 | Attorneys For Claimant
DOROTHY KING

7

8

9 | UNITED STATES BANKRUPTCY COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | LOS ANGELES DIVISION

12 | In Re:                                    )   CASE NO. 2:09-bk-46750-ER

13 | ROBBIE S. ODOM,                           )   Chapter 7

14 |         Debtor.                           )   Adv. Pro. No.

15 | _____ )   **DOROTHY KING'S
                                               )   COMPLAINT TO DETERMINE NON-
16 |                                           )   DISCHARGEABILITY OF DEBT
                                               )   PURSUANT TO 11 U.S.C. § 523 (a)(2)(A),**
17 | DOROTHY KING,                             )   **AND (6)**

18 |         Plaintiff,                        )

19 |         v.                                )

20 | ROBBIE S. ODOM,                           )

21 |         Defendant.                        )

22 |         Plaintiff Dorothy King, a claimant in the above-captioned case, (hereinafter referred to as

23 | "Plaintiff"), alleges as follows:

24 |                           **I. JURISDICTION AND VENUE**

25 | 1.      This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 157 and 1334 and

26 |         11 U.S.C. § 523.  This is an adversary proceeding pursuant to Fed. R. Bankr. P. 7001(6)

27 |         and a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (I).

28 | 2.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

*Printed on Recycled Paper*

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

## II. PARTIES

3.    Plaintiff, Dorothy King, is, and at all times mentioned herein was, a citizen and resident of the City of Los Angeles, County of Los Angeles, State of California, and the United States of America.

4.    Defendant, Robbie Odom (hereinafter "Debtor" or "Odom"), is an individual residing in the State of California, County of Los Angeles. Robbie Odom is the debtor in the above-referenced bankruptcy case.

## III. STATEMENT OF FACTS

5.    On or about January 3, 2007, Plaintiff filed an action against Odom in the Superior Court of California, County of Los Angeles, based upon fraud in the inception of certain deeds to her family home, located at 2006 W. 82nd Street, Los Angeles, CA 90047 (the "Property"). The action arose when Plaintiff believed that she was refinancing her home, but instead was given documents to sign that purported to transfer title from Plaintiff to Timothy Barnett ("Barnett"), who then transferred the title to the Property to Odom, along with three other properties on the same date (the "King Action"). Barnett was also a defendant in the King Action.

6.    Plaintiff, an eighty-two year old disabled widow, sought to refinance the Property, her home, in hopes of lowering her monthly mortgage payments. Plaintiff suffers from cataracts, which made it impossible for her to read documents of any length.

7.    During Plaintiff's efforts to obtain refinancing of her home, she met Barnett, who offered to assist Plaintiff in obtaining a refinance of the Property.

8.    However, rather than assisting in refinancing the Property, the defendants in the King Action entered into a predatory scheme in hopes to transfer ownership of the Property from Plaintiff to Barnett. In fact, Barnett did have Plaintiff sign a grant deed, which purported to transfer Plaintiff's ownership interest to Barnett, all the while assuring Plaintiff that the documents that she was signing were merely necessary in order to

*Printed on Recycled Paper*
COMPLAINT

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

1    refinance the Property.

2    9.    During litigation of the King Action, it was discovered that Odom, while a full time

3    social worker by day, was also the real estate broker of record for Barnett's company,

4    purportedly overseeing the entire operation of Barnett's real estate company, and received

5    a monthly payment from Barnett for being the broker of record.  Together, Barnett and

6    Odom looted the Property of its equity, keeping hundreds of thousands of dollars taken

7    from the Property.

8    10.    As a result of the King Action, on February 11, 2009, the Court (i) entered judgment

9    against Debtor for the amount of $117,075.46; (ii) decreed that Odom had no right, title

10    or interest in the Property; (iii) and executed a Quitclaim Deed transferring the Property

11    back to Plaintiff.

12    11.    Following entry of the judgment against Odom in the King Action, Plaintiff obtained an

13    abstract of judgment and recorded it in the Los Angeles County Recorder's Office on

14    May 12, 2009, and proceeded to attempt to enforce said judgment.

15    12.    On or about December 29, 2009, the Debtor filed a voluntary petition under Chapter 7 of

16    the Bankruptcy Code.  At the meeting of creditors on February 26, 2010, it was

17    discovered that Odom did not include over $8,000.00 in rental income he collects per

18    month from various rental properties that he owns in his original bankruptcy petition.

19

20    ### IV. CAUSES OF ACTION

21    ### FIRST CLAIM FOR RELIEF

22    ### (11 U.S.C. § 523(a)(2))

23    13.    Plaintiff realleges and incorporates by reference herein the allegations pleaded above.

24    14.    Debtor obtained the Property using fraudulent conduct and drained Plaintiff's Property of

25    its equity.  The judgment obtained by Plaintiff was due to Debtor's fraudulent conduct

26    and schemes in obtaining the Property and looting it of its equity.

27    15.    Odom knowingly made false statements, misrepresentations and omissions in order to

28    deceive and obtain the Property from Plaintiff.  Plaintiff justifiably relied on the false

*Printed on Recycled Paper*

3

COMPLAINT

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

1    statements and other fraudulent conduct of Odom in executing the grant deed to the

2    Property, which she believed to be refinance documents.

3    16.    Odom's fasle statements and other fraudulent conduct proximately caused the losses

4    suffered by Plaintiff.  Odom's liability to Plaintiff arises from transactions in which he

5    obtained money and property by false pretenses, false representations, and actual fraud.

6    For the foregoing reasons, Odom's liability to Plaintiff is not dischargeable pursuant to 11

7    U.S.C. § 523 (a)(2)(A).

8

9    **SECOND CLAIM FOR RELIEF**

10    **(11 U.S.C. § 523(a)(6))**

11    17.    Plaintiff realleges and incorporates by reference herein the allegations pleaded above.

12    18.    Odom actively and knowingly concealed his fraudulent conduct through material false

13    statements, misrepresentations and omissions.

14    19.    In doing so, Odom willfully and maliciously injured Plaintiff.  The fraudulent scheme

15    between Barnett and Odom was designed and perpetuated by Odom to benefit him

16    personally and now he seeks bankruptcy protection after looting the Property of its equity.

17    20.    Odom was aware that his fraudulent conduct would cause harm or that there was a

18    substantial certainty that harm would result.  As such, Odom intended, through his

19    fraudulent conduct, to cause such harm.

20    21.    Odom acted deliberately, intentionally, wrongfully and without just cause and excuse.  To

21    her detriment, Plaintiff justifiably relied on Odom's material false statements,

22    misrepresentations and omissions.  Odom's malicious and willful fraudulent conduct

23    proximately caused the losses suffered by Plaintiff, in an amount to be determined at trial.

24    22.    Odom's liability to Plaintiff arises from transactions in which he willfully and

25    maliciously injured Plaintiff.  For the foregoing reasons, Odom's liability to Plaintiff is

26    not dischargeable pursuant to 11 U.S.C. § 523 (a)(6).

27    / / /

28    / / /

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Odom as follows:

1.  Declaring that Odom's indebtedness to Plaintiff is non-dischargeable debt pursuant to 11 U.S.C. § 523 (a)(2)(A) and/or (6);

2.  Granting a non-dischargeable judgment in favor of Plaintiff against Odom for $117,075.46, including, without limitation, pre-judgment and post-judgment interest as provided by law, reasonable attorneys' fees, costs and expenses; and

3.  Such other further relief as Plaintiff is entitled and the Court may deem just and proper.


DATED: April 8, 2010                    PAPAZIAN & MELKONIAN,
                                        Attorneys at Law


                                        By:
                                        ARMEN F. PAPAZIAN, ESQ.
                                        GEOFFREY G. MELKONIAN, ESQ.
                                        Attorneys for Plaintiff

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

FORM B104  (08/07)                                                               2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>DOROTHY KING | **DEFENDANTS**<br>ROBBIE S. ODOM |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>PAPAZIAN & MELKONIAN, Attorneys at Law<br>15260 Ventura Blvd., Suite 1740, Sherman Oaks, CA 91403<br>(818) 784-6084 | **ATTORNEYS** (If Known)<br>BRUCE G. LANDAU, Esq.<br>8306 Wilshire Blvd., Suite 1803, Beverly Hills, CA 90211<br>(310) 838-1507 |
|---|---|

| **PARTY** (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor     ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor     ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE [11U.S.C. § 523 (a)(2)(A), AND (6); F.R.B.P., R. 7001]

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[1] 62-Dischargeability - §523(a)(2), false pretenses, false
       representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement,
       larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
[2] 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
       (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case -- 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state
       court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 117,075.46 |

Other Relief Sought
BAR TO DISCHARGE

FORM B104 (08/07), page 2

2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ROBBIE S. ODOM | | BANKRUPTCY CASE NO.<br>2:09-bk-46750-E |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISIONAL OFFICE<br>LOS ANGELES | NAME OF JUDGE<br>Ernest M. Robles |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| DATE<br>4/8/10 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Geoffrey G. Melkonian, Esq. |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Armen F. Papazian, State Bar No. 209989<br>Geoffrey G. Melkonian, State Bar No. 209694<br>PAPAZIAN & MELKONIAN, Attorneys at Law<br>15260 Ventura Blvd., Suite 1740<br>Sherman Oaks, CA 91403<br>Telephone: (818) 784-6084<br>Facsimile: (818) 784-6087<br><br>*Attorney for Plaintiff* DOROTHY KING | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>ROBBIE S. ODOM<br><br><br><br>Debtor. | CHAPTER  *7*<br><br>CASE NUMBER  2:09-bk-46750-ER<br><br>ADVERSARY NUMBER |
|---|---|
| DOROTHY KING<br><br>                                        Plaintiff(s),<br><br>                    vs.<br><br>ROBBIE S. ODOM<br><br>                                        Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

**TO THE DEFENDANT:** A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

❑   **255 East Temple Street, Los Angeles**                      ❑   **411 West Fourth Street, Santa Ana**

❑   **21041 Burbank Boulevard, Woodland Hills**               ❑   **1415 State Street, Santa Barbara**

❑   **3420 Twelfth Street, Riverside**

**PLEASE TAKE NOTICE** that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
                              *Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*                                                                                                    **F 7004-1**

Summons and Notice of Status Conference  - *Page 2*                     **F 7004-1**

| In re<br>ROBBIE S. ODOM | (SHORT TITLE)<br><br>Debtor(s). | CASE NO.: 2:09-bk-46750-ER |
|---|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____ _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*                                                    **F 7004-1**